UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:04-CR-631 CAS |
| v. | ) | |
| | ) | |
| GERALD THOMAS WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Audrey G. Fleissig. On June 7, 2005, Judge Fleissig filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's motion to dismiss the indictment be denied.

No objections have been filed to the Magistrate Judge's Report and Recommendation. The Court has carefully and independently reviewed the record of this matter. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendation, and will adopt the same.

Accordingly, after careful review,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 35]

**IT IS FURTHER ORDERED** that defendant's motion to dismiss the indictment is **DENIED**.  [Doc. 29]

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　**CHARLES A. SHAW**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated this  23rd  day of June, 2005.